**RETURN**

3:10-MJ 225

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6-23-2010 | 6-23-2010 1745 | In Residence |

INVENTORY MADE IN THE PRESENCE OF

TFo William Knack / TFo Joe Fonseca

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

92 Marijuana Plants

(1) One Roll green plastic wrap

Assorted Mail and documents

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 JUL - 1 AM 10: 18

DEPUTY CLERK

**CERTIFICATION**

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    7/1/10
U.S. Judge or Magistrate                     Date

# United States District Court

### _____NORTHERN_____ DISTRICT OF _____TEXAS_____

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

7702 MORTON STREET
DALLAS, TEXAS 75209
DALLAS COUNTY, TEXAS

**SEARCH WARRANT**

CASE NUMBER: 3:10-MJ 225

**To:**   **U.S. DRUG ENFORCEMENT ADMINISTRATION (DEA) TASK FORCE OFFICER (TFO) WILLIAM KNACK and any Authorized Officer of the United States**

**Affidavit(s) having been made before me by DEA TFO William Knack, who has reason to believe that XX on the property or premises known as** (name, description and/or location)

(SEE EXHIBIT A).

**in the _____NORTHERN_____ District of _____TEXAS_____ there is now concealed a certain person or property, namely** (describe the person or property to be seized)

(SEE EXHIBIT B).

**I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.**

**YOU ARE HEREBY COMMANDED to search on or before_____Friday, July 2, 2010_____**

**(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)** (at any time in the day or night as I find reasonable cause has been established) **and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to IRMA C. RAMIREZ, United States Magistrate Judge as required by law.**

6/23/10 at 3:20 pm
**Date and Time Issued**

at _____Dallas, Texas_____
**City and State**

IRMA C. RAMIREZ
United States Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

EXHIBIT A
(DESCRIPTION OF PLACE TO BE SEARCHED)

7702 MORTON STREET
DALLAS, TEXAS  75209
DALLAS COUNTY, TEXAS

7702 Morton Street, Dallas, Texas, 75209, is a single story residence, located at the corner of Morton and Newmore Avenue.  The house has yellow siding.  The front door of the house bears the numbers "7702" just above the mailbox.  The driveway is located on the left side of the front door.  The house also has a publicly accessible side door facing Newmore Avenue.  The Search Warrant includes the named property and all outbuildings, storage bins, and vehicles located on the curtilage of same.

## EXHIBIT B
### (LIST OF ITEMS TO BE SEIZED)

a)   Live marijuana plants in various stages of growth;

b)   Cultivated and usable marijuana ready for distribution, and cocaine for distribution;

c)   Materials used in the packaging, cutting, weighing and distribution of marijuana or other controlled substances (including scales, weighing devices, measuring devices, containers, and paraphernalia);

d)   Components of a marijuana growing operation including, but not limited to, structural supports, high intensity lights, ballasts, tubs, water pumps, tubing/hoses, electrical timers, carbon dioxide generators, fans, air filtration systems, grow media, measuring cups, and hydroponic nutrient formula/fertilizer;

e)   Documents which illustrate a time keeping system noting important steps in the marijuana growing process of one or more locations that are used for the purpose of growing marijuana, including but not limited to a calendar or date book;

f)   Books, records, notes, ledgers, bank records, contact lists, and papers, handwritten or stored digitally on an electronic device, which relate to the distribution of controlled substances or the receipt of proceeds from the illegal distribution of controlled substances;

g)   Books, records receipts, bills of lading, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances (or the instrumentalities of this drug distribution scheme);

h)   Books, records, notes, ledgers, bank records, contact lists, and papers, handwritten or stored digitally on an electronic device, which relate to members of a trafficking organization that distributes controlled substances;

i)   Books, records, telephone books, address books, receipts, bank statements and records, money drafts, letters of credit, money order and cashier's checks, passbooks, bank checks, safe deposit box keys, codes, encryption information, documents reflecting the manner and means to access encrypted entries, computer information stored by means of electronic or magnetic devices, including but not limited to, floppy disks, CD ROM, hard drives, back-up hard drives and tapes, as well as printouts or readouts from any magnetic or electronic storage, and other items evidencing the names, nicknames, addresses, phone numbers of members of the drug trafficking organization and evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

j)      Computer hardware, software, peripheral devices, documentation, data security devices and electronic storage devices as necessary to search for and seize the items described above; all records of drug cultivation, drug distribution, money laundering, structuring, and attribution of use/ownership.

k)      Indicia of occupancy, residency, control or management of the premises mentioned below or other premises that are involved in the production and distribution of marijuana, including, but not limited to, deeds, mortgages, lease agreements, rental receipts, canceled checks, copies of monetary instruments, utility and telephone bills and keys;

l)      Telephone bills, cellular telephones, telephone note pads and notes, contracts, and other documents reflecting the ownership, subscription information, and the use of the telephones, which are often used by controlled substances traffickers as a tool of the trade;

m)      U.S. currency related to the illegal distribution of controlled substances;

n)      Property, including but not limited to electronics, vehicles, jewelry and/or computers that were used or intended to be used in the illegal distribution of marijuana;

o)      Property, including but not limited to, electronics, vehicles, jewelry and/or computers that were traded for and/or acquired with proceeds gained from the illegal distribution of controlled substances;

p)      Photographs or videos of contraband and/or members of a trafficking organization that distributes controlled substances;

q)      Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel;

r)      firearms and explosive devices;

s)      Counter-surveillance equipment including, but not limited to, video surveillance devices, night-vision devices, electronic listening devices, motion sensors, alarms, and communication devices (including but not limited to two-way radios); and

t)      Electronic communication devices including cellular telephones, telephone answering machines, caller identification devices, and paging devices as well as the electronically stored contents of such devices, including answering machine tapes and the stored telephone numbers and information from cellular telephones, caller identification devices and electronic paging devices.

All of which evidences the violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. §§ 1956 and 1957.